# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOSEPH DONALD GREENE, | |
| Plaintiff, | Civil Action No. 7:20cv00208 |
| v. | **MEMORANDUM OPINION** |
| BOBBY RUSSELL, | By: Hon. Thomas T. Cullen |
| | United States District Judge |
| Defendant. | |

Plaintiff Joseph Donald Greene, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered April 20 and July 1, 2020, the court advised Greene that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF Nos. 2 and 11). On April 21, 2021, a memorandum opinion and two orders mailed to Greene were returned to the court as undeliverable and with no forwarding address. (*See* ECF No. 25.) Greene has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Greene's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 4th day of May, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE